IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAURA A. YINGST** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **18-4558** |
| v. | : | |
| | : | |
| **COATESVILLE HOSPITAL COMPANY, LLC d/b/a Brandywine Hospital** | : | |
| | : | |
| | : | |
| *Defendant* | : | |

# O R D E R

**AND NOW**, this 18th day of September 2020, upon consideration of Defendant Coatesville Hospital Company, LLC's *motion for summary judgment*, [ECF 30], Plaintiff's opposition thereto, [ECF 33], and Defendants' reply, [ECF 36], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion for summary judgment is **GRANTED**.  Accordingly, **JUDGMENT** is entered in favor of Defendant Coatesville Hospital Company, LLC d/b/a Brandywine Hospital and against Plaintiff Laura A. Yingst.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*